GEORGE H. NEIDLINGER, Respondent, *v.* WILLIAM E. D. STOKES, Appellant.

(Submitted March 30, 1908; decided April 7, 1908.)

Motion for re-argument denied, with ten dollars costs. (See 188 N. Y. 572.)

---

GEORGE H. NEIDLINGER, Respondent, *v.* THE ONWARD CONSTRUCTION COMPANY, Appellant.

(Submitted March 30, 1908; decided April 7, 1908.)

Motion for re-argument denied, with ten dollars costs. (See 188 N. Y. 572.)

---

In the Matter of the TRUSTEES OF THE VILLAGE OF SARATOGA SPRINGS, Respondent, *v.* THE SARATOGA GAS, ELECTRIC LIGHT AND POWER COMPANY, Appellant.

(Submitted March 30, 1908; decided April 7, 1908.)

Motion for re-argument denied, with ten dollars costs. (See 191 N. Y. 123.)

---

SAMUEL P. BREMER et al., as Testamentary Trustees under the Will of JOHN L. BREMER, Deceased, et al., Respondents, *v.* THE MANHATTAN RAILWAY COMPANY et al., Appellants.

(Submitted March 30, 1908; decided April 7, 1908.)

Motion for re-argument denied, with ten dollars costs. (See 191 N. Y. 333.)